JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DJAVAN CLEVELAND, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>     v.<br>ALLSTATE INSURANCE COMPANY and ALLSTATE INSURANCE HOLDINGS, LLC,<br><br>                Defendants. | Case No. 2:23-cv-08107-SPG-MRW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

    Having considered the Stipulation of Dismissal, and good cause appearing, the Court hereby dismisses this action without prejudice, with each Party to bear their own attorneys' fees and costs. The Clerk of Court is directed to close this case.

    IT IS SO ORDERED.

DATED: January 9, 2024

                                            HON. SHERILYN PEACE GARNETT
                                            UNITED STATES DISTRICT JUDGE